Dismissed and Opinion filed June 5, 2003













Dismissed and
Opinion filed June 5, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-99-00474-CV

____________

 

HARDIN
SYSTEMS, INC. d/b/a METAL PANEL MANUFACTURING, DON HARDIN, GEORGE HARDIN and
BETTY PARKER, Appellants

V.

FNB FINANCIAL SERVICES COMPANY, LTD., Appellee

 

____________________________________________

 

On Appeal from
the 151st District Court

Harris County, Texas

Trial Court
Cause No. 96-60360

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

            On April 17, 2003, this Court issued an order
stating that unless appellants submitted their brief, together with a motion
reasonably explaining why the brief was late, on or before May 16, 2003, the Court would dismiss
the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).  Appellants filed no response.

            Accordingly, the appeal is ordered
dismissed.

                                                                        PER
CURIAM

Judgment rendered and
Opinion filed June 5, 2003.

Panel consists of Justices
Yates, Hudson, and Frost.

Do Not Publish.